FILED
IN COUNTY CLERK'S OFFICE
AUG 19 2019
PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY _____ DEPUTY

IN THE **Superior** COURT OF WASHINGTON

FOR **Pierce** COUNTY

**Russell R. Wills**
**Michele Erickson**, Plaintiff,

No. **19 2 10290 5**

vs.

**City of DuPont Police Department**
**City of DuPont**, Defendant.

SUMMONS AND COMPLAINT
(20 DAYS)

TO: **City of Dupont Police Dept., City of DuPont**, Defendant(s).

A lawsuit has been started against you in the above entitled court by **Russell R. Wills and Michele Erickson**, plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and serve a copy upon the person signing this summons within 20 (twenty) days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what plaintiff asks for because you have not responded. If you serve a notice of appearance on the undersigned person you are entitled to notice before a default judgment may be entered.

Any response or notice of appearance which you serve on any party to this lawsuit must also be filed by you with the court within 20 (twenty) days after the service of summons, excluding the day of service.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

1   This summons is issued pursuant to Rule 4 of the Civil Rules for Courts of Limited Jurisdiction.

2   DATED 8-19-2019

SIGNATURE OF ☒ PLAINTIFF ☐ ATTORNEY FOR PLAINTIFF

3   Russell R. Wins, Michele Erickson
TYPE OR PRINT NAME

4   802 Gunn Rd.
STREET ADDRESS

5   Port Angeles        WA     98362
CITY                   STATE   ZIP

6   (360) 775-5737 , (360) 460-7124
TELEPHONE NO.        FACSIMILE NO. (REQUIRED IF AVAILABLE)

**COMPLAINT**

Comes now the above-named plaintiff and states:

1. I am a resident of this county, residing in Port Angeles, Washington.

2. At all times material hereto, Defendant resided in this county, in DuPont, Washington, and is therefore subject to the jurisdiction of this court.

3. (Check one if applicable:)

☐ Defendants are husband and wife and constitute a marital community.

☐ Defendant is a corporation under the laws of the State of Washington.

4. Defendant is indebted to plaintiff in the sum of $ To Be Determined. The basis for this debt is Procedural misconduct at a routine traffic stop, August 21, 2016 Pain and suffering, Punitive damages.

Wherefore, plaintiff prays for judgment against defendant in the sum of $ To Be Determined plus interest and plaintiff's costs and disbursements.

I/we declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED 8-19-2019

SIGNATURE OF ☒ PLAINTIFF ☐ ATTORNEY FOR PLAINTIFF

Russell R. Wins, Michele Erickson
TYPE OR PRINT NAME

802 Gunn Rd.
STREET ADDRESS

Port Angeles, WA    98362
CITY              STATE   ZIP

(360) 775-5737 , (360) 460-7124
TELEPHONE NO.      FACSIMILE NO. (REQUIRED IF AVAILABLE)

SUMMONS AND COMPLAINT (20 days) — Page 2 of 2.

FORM No. 124
© 2007 Washington Legal Blank
Portland, OR www.wlbforms.com   ET

NO PART OF ANY WASHINGTON LEGAL BLANK FORM MAY BE REPRODUCED IN ANY FORM OR BY ANY ELECTRONIC OR MECHANICAL MEANS.