Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUSSELL R. WILLS and MICHELE ERICKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF DUPONT POLICE DEPARTMENT and CITY OF DUPONT,<br><br>Defendants. | No. 3:19-cv-05795-RJB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS |

THIS MATTER came on for consideration on Defendants' Fed. R. Civ. P. 12(b)(6) Motion to Dismiss, the Court having considered the records and files herein, including specifically Defendants' Fed. R. Civ. P. 12(b)(6) Motion to Dismiss;

and, the following opposing materials, if any:

and, the following reply materials, if any:

and the Court being fully advised and finding that dismissal of all claims is warranted;

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants' Fed. R. Civ. P. 12(b)(6) Motion to Dismiss shall be and the same is hereby GRANTED, and that all

[PROPOSED] ORDER GRANTING DEFENDANTS' FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS - 1

Cause No: 3:19-cv-05795-RJB

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

claims stated in the Complaint for Violation of Civil Rights (Dkt. 29-1) be and the same are hereby DISMISSED with prejudice.

Dated this _____ day of _____, 2020.

_____
Hon. Robert J. Bryan
United States District Judge

Presented by:

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

  */s/ Guy Bogdanovich*
Guy Bogdanovich, WSBA № 14777
Attorney for Defendants
PO Box 11880
Olympia WA 98508-1880
(360) 754-3480   Fax: (360) 357-3511
Email: gbogdanovich@lldkb.com

**[PROPOSED] ORDER GRANTING DEFENDANTS' FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS - 2**

**Cause No:  3:19-cv-05795-RJB**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*