1          HONORABLE Robert J. Bryan

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

NO. 3:19-cv-05795-RJB

11

12  RUSSELL R. WILLS, and
    MICHELE ERICKSON

                    Plaintiffs

13

    v.

14

    CITY OF DUPONT POLICE DEPARTMENT
15  CITY OF DUPONT

                    Defendant.

16

PLAINTIFFS, RUSSELL R. WILLS  AND
MICHELE ERICKSON'S REPLY
OPPOSING DEFENDANT, CITY OF
DUPONT POLICE DEPARTMENT AND
CITY OF DUPONT'S FED.R.CIV.P. 12(b)
(6) MOTION TO DISMISS,

NOTE ON MOTION CALENDAR:
Friday, July 10, 2020

17          COMES NOW Plaintiffs Russell R. Wills and Michele Erickson submits the following

18  Reply Opposing City of DuPont Police Department and City of DuPont's Fed. R. Civ. P.

19  12(b)(6) Motion to Dismiss.

20          It was clearly stated at the beginning of the traffic stop conducted by Officer Goss with the

21  City of DuPont Police department, on August 21, 2016 by Michele Erickson, that her

    passenger, Russell Wills was in the midst of a severe mental breakdown from a Bi-Polar,
22

    Rapid Cycling episode; compounded by the infection in his jaw and thus explaining his

    somewhat erratic behavior.

**Russell R. Wills and Michele Erickson**
*802 Gunn Rd., Port Angeles, WA 98362*
*(360) 775-5737, russellwills7625@gmail.com*
*(360) 460-7124, ericksonmtc@aol.com*

1
2
3

The fact that Officer Goss willfully ignored that is a clear violation of our civil rights and Russell should have been protected by Title II of the ADA.

4
5
6
7
8
9
10
11

The Other City of DuPont personnel that were involved were as equally inappropriate and aggressive in an antagonist fashion.  It was beyond clear that Russell was in mental distress. To further add insult, Michele was hand-cuffed and illegally detained and placed in a police car while the entire personnel on the scene ignored what was truly going on.  The fact that Russell was ever arrested given the unique circumstances of his mental health at that point, is absolutely ludicrous to say the very least.  He should have been taken to a hospital or at least been given adequate medical attention at the Pierce County Jail, which he did not.

12
13
14

Again, it should be stated that the violations were explicitly in relation to Title II of the Americans with Disabilities Act.  Mr. Wills is on Social Security Disability for Mental Health issues and is undeniably protected under this act and should be treated as such.

15
16
17
18
19
20

Furthermore, the institution of a mandatory re-training program for officers at the City of DuPont on how to handle individuals with Mental Health issues is relevant thus proving that what occurred was completely handled wrong.  As per the admission in the email from Ted Danek (which is already filed on this case), these implementations were a direct result from what we endured during the incident.  There should be no question as to the violation of our civil rights.

21
22

PLAINTIFF, RUSSELL R. WILLS and MICHELE ERICKSON'S REPLY OPPOSING DEFENDANT, CITY OF DUPONT POLICE DEPARTMENT AND CITY OF DUPONT MOTION TO DISMISS - 2

Russell R. Wills and Michele Erickson
802 Gunn Rd., Port Angeles, WA  98362
(360) 775-5737, russellwills7625@gmail.com
(360) 460-7124, ericksonmtc@aol.com

1    Miss Erickson and Mr. Wills were treated like base criminals and social deviants of some

2    sort and this behavior was completely unwarranted.  We strive to be upstanding members of

3    our community and expect to be treated as such.

4

5    We would appreciate it if these matters once again were taken under extreme consideration.

6    We are not attorneys but are absolutely in the right in this situation from any standpoint

7    presented.

8

9    Thank you for your time and consideration on this matter.

10

11

12

13

14

15

16

17

18

19

20

21

22

PLAINTIFF'S, RUSSELL R. WILLS AND MICHELE             Russell R. Wills and Michele Erickson
ERICKSON'S REPLY OPPOSING DEFENDANT,                  802 Gunn Rd., Port Angeles, WA  98362
CITY OF DUPONT POLICE DEPARTMENT AND                  (360) 775-5737 russellwills7625@gmail.com
CITY OF DUPONT MOTION TO DISMISS - 3                  (360) 460-7124, ericksonmtc@aol.com

1    We declare under penalty under the laws of the State of Washington that the foregoing is true

2  and correct to the best of our knowledge.

3    DATED this 6th day of July, 2020.

4

5

RUSSELL R. WILLS, Pro Se
MICHELE ERICKSON, Pro Se

By: *s/Russell  R. Wills,* s/Michele Erickson

6  Russell R. Wills, Pro Se, Michele Erickson, Pro Se

7

802 Gunn Rd., Port Angeles, WA  98362
Email: russellwills7625@gmail.com
Email: ericksonmtc@aol.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

PLAINTIFF, RUSSELL R. WILLS AND MICHELE
ERICKSON'S REPLY OPPOSING CITY OF DUPONT
POLICE DEPARTMENT AND CITY OF DUPONT'S
MOTION TO DISMISS- 4

Russell R. Wills and Michele Erickson
*802 Gunn Rdl, Port Angeles, WA  98362*
*(360) 775-5737 russellwills7625@gmail.com*
*(360) 460-7124 ericksonmtc@aol.com*

CERTIFICATE OF SERVICE

On July 6th, 2020, I hereby certify that I electronically filed the foregoing REPLY

OPPOSING DEFENDANT'S CITY OF DUPONT POLICE DEPARTMENT AND CITY OF

DUPONT'S MOTION TO DISMISS with the Clerk of the Court using the CM/ECF

system, which forwarded a true and accurate electronic copy to the following:

Guy Bogdanovich, WSBA No. 14777
Attorney for Defendants, City of DuPont
Police Department, City of DuPont
P.O. Box 11880
Olympia, WA  98508-1880
Ph: (360) 754-3480
Email: gbogdanovich@lldkb.com

*s/Russell R. Wills, s/Michele Erickson*
*Russell R. Wills, Pro Se, Michele Erickson, Pro Se*
*802 Gunn Rd., Port Angeles, WA  98362*
*360-775-5737 Email: russellwills7625@gmail.com*
*360-460-7124 Email: ericksonmtc@aol.com*

PLAINTIFF, RUSSELL R. WILLS AND MICHELE
ERICKSON'S REPLY OPPOSING DEFENDANT CITY OF
DUPONT POLICE DEPARTMENT AND CITY OF
DUPONT'S MOTION TO DISMISS - 5

Russell R.  Wills and Michele Erickson
*802 Gunn Rdl, Port Angeles, WA  98362*
*(360) 775-5737 russellwills7625@gmail.com*
*(360) 460-7124 ericksonmtc@aol.com*